IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| DIANE S. ROSENBERG, et al.<br>as Substitute Trustees | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Case No. 13-CV-1593-CCB |
| | * | |
| DONALD L. CHALK, JR.<br>TRACEY L. CHALK | * | |
| | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| TRACEY L. CHALK<br>on Behalf of a Class of Similar Persons | * | |
| | * | |
| Counter-Plaintiffs | * | |
| v. | * | |
| LENDER PROCESSING SERVICES, INC. | * | |
| Counter-Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MOTION TO STRIKE**

Defendant Lender Processing Services, Inc. moves pursuant to Fed.R.Civ.P. 12(f) to strike portions of Plaintiff's Complaint and for its reasons states as follows:

1. The Defendant seeks to strike the following paragraphs in the Plaintiff's Complaint: 14(a) – (j), 30, 35, 36, misnumbered paragraph 30 (following paragraph 35 and preceding paragraph 36), 38, and 39. It is the Defendant's contention that each of these paragraphs contains allegations that are immaterial, impertinent and/or scandalous.

2. Those allegations should be stricken pursuant to Fed.R.Civ.P. 12(f).

3. The Defendant incorporates by reference the accompanying memorandum in support of this motion.

- 2 -

WHEREFORE, the Defendant respectfully requests that this Court strike the portions of the Plaintiff's Complaint referred to herein as immaterial and impertinent pursuant to Fed.R.Civ.P. 12(f).

        /s/ James R. Schraf
James R. Schraf (03470)
Paul Sweeney (07072)
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
(443) 569-0755
(410) 571-2798 - fax
jschraf@yvslaw.com

Attorneys for Defendant,
Lender Processing Services, Inc.

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June 2013, notice of filing the Motion to Strike (the "Motion") was sent electronically to those parties listed on the docket as being entitled to such electronic notice, and a copy of the Motion was mailed first class, postage prepaid to:

        Scott C. Borison, Esquire
        Phillip R. Robinson, Esquire
        Legg Law Firm, LLC
        5500 Buckeystown Pike
        Frederick, Maryland  21703
        Attorneys for Plaintiff, Tracey L. Chalk

        /s/ James R. Schraf
        James R. Schraf